UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSHUA RICHARD HARRISON,

    Defendant.

_____/

Hon. Phillip J. Green

Case No.  1:23-mj-00019

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention.  Defendant has been charged in a criminal complaint.  The complaint charges defendant with possession of child pornography, in violation of 18 U.S.C. § 2252(a)(5)(B) and (b)(2).

The government sought defendant's detention on the basis that he is a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A).  The Court conducted a hearing on January 18, 2023, at which defendant was represented by counsel.

Because defendant is also facing allegations of supervised release violations, he bears the burden of proving by clear and convincing evidence that he is not a risk of flight nor a danger to the community.  Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds

that the defendant has not met his burden. Further, the Court finds that the government has sustained its burden by clear and convincing evidence that he is a danger to the community. Further, the Court finds that there is no condition or combination of conditions of release that will ensure the safety of the community. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on January 18, 2023.

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge