UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSHUA RICHARD HARRISON,                **INDICTMENT**

    Defendant.
_____/

The Grand Jury charges:

(Possession of Child Pornography)

On or about December 19, 2022, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

**JOSHUA RICHARD HARRISON**

knowingly possessed images of child pornography that involved prepubescent minors and that were produced using materials that had been shipped and transported in and affecting interstate and foreign commerce. Specifically, the defendant possessed one or more of the images of child pornography, listed below by file name, on a Motorola Moto G Stylus 5G, manufactured outside the United States:

1. ppv2488397607439082439c06212bb-162e-4665-94ff-8fc7f7555460.jpeg;
2. ppv4198497573320706776 5c98a8d9-4f51-40b5-8c10-4b278f9ca60d.jpeg; and
3. imgsrc.ru_74197913uqr.webp.

18 U.S.C. § 2252A(a)(5)(B) and (b)(2)
18 U.S.C. § 2256(8)(A)

1

## FORFEITURE ALLEGATION
(Possession of Child Pornography)

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2252A,

## JOSHUA RICHARD HARRISON

shall forfeit to the United States of America any visual depiction described in 18 U.S.C. § 2252A; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, and received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses or any property traceable to such property.  The property to be forfeited includes, but is not limited to, the following: a Motorola Moto G Stylus 5G, seized from his person on December 19, 2022.

If any of the property described above, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

     e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and by 28 U.S.C. § 2461(c).

18 U.S.C. § 2253  
21 U.S.C. § 853(p)  
28 U.S.C. § 2461(c)  
18 U.S.C. § 2252A  
18 U.S.C. § 2256(8)(A)

**PRIOR FELONY CONVICTION**

The Grand Jury finds that at the time of the illegal acts alleged in this Indictment, the defendant, JOSHUA RICHARD HARRISON, had a prior conviction under Chapter 110 (Sexual Exploitation and other Abuse of Children) of the United States Code.

Specifically, in 2015, JOSHUA RICHARD HARRISON was convicted of Distribution of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(2)(A), (b)(1) in the United States District Court for the Western District of Michigan (case number 1:15-cr-00151).

18 U.S.C. § 2252A (b)(2)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
STEPHEN P. BAKER
Assistant United States Attorney